1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

| | |
|---|---|
| 11 SPOTLIGHT TICKET MANAGEMENT, INC. d/b/a TICKETMANAGER, | CASE No. 2:24-cv-00859-WLH-SSC |
| 12 | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| 13 Plaintiff, | |
| 14 v. | |
| 15 CONCIERGE LIVE LLC, | |
| 16 Defendant. | |

17
18
19
20
21
22
23
24
25
26
27
28

1

The Court, having reviewed the Parties' concurrently filed Stipulation to Continue Motion to Dismiss Second Amended Complaint, orders as follows:

1.     Due to scheduling conflict of the Parties' counsels, the hearing on Defendant Concierge Live, LLC's Motion to Dismiss Second Amended Complaint, currently set for November 1, 2024, is continued to December 20, 2024 at 1:30 p.m.

2.     Plaintiff's opposition to the motion, if any, is to be filed on or before November 20, 2024, and Defendant's reply, if any, is to be filed on or before December 6, 2024.

**IT IS SO ORDERED**.

DATED:  October 16, 2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS SECOND AMENDED COMPLAINT