UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPOTLIGHT TICKET MANAGEMENT, INC.**, a Delaware corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>**CONCIERGE LIVE, LLC**, a Georgia corporation;<br><br>           Defendant. | CASE NO.: 2:24-CV-00859-WLH-SSC<br><br>**ORDER EXTENDING CASE DEADLINES** |

ORDER

**ORDER**

The Court has reviewed the Stipulation Extending Case Deadlines, and concludes good case exists to order the relief sought in the Stipulation

NOW, THEREFORE, The Court ORDERS as follows:

1. The Fact Discovery cut-off in this case is extended to October 17, 2025.
2. The Initial Expert Disclosure deadline is extended to October 31, 2025.
3. The Rebuttal Expert Disclosure deadline is extended to November 14, 2025.
4. The cutoff for Expert Discovery is extended to November 14, 2025.
5. The deadline to hear motions is extended to November 28, 2025.
6. The deadline to hear *Daubert* motions is extended to December 26, 2025.
7. The deadline to complete the settlement conference is extended to January 16, 2026.
8. The deadline for the first round of trial filings is January 23, 2026.
9. The deadline for the second round of trial filings is February 6, 2026.
10. The final pre-trial conference and hearing is February 20, 2026.
11. Trial is scheduled for March 9, 2026.

**IT IS SO ORDERED.**

Dated: November 27, 2024

Hon. Wesley L. Hsu
United States District Judge

**JUDGE WESLEY L. HSU**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court __ORDERS__ the parties to make every effort to agree on dates.*

| Case No. 2:24-CV-00859-WLH-SSC | Case Name: Spotlight Ticket Management, Inc. v. Concierge Live, LLC | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☑ Jury Trial or ☐ Court Trial ☐ Magistrate Judge (**Monday** at 9:00 a.m., within 12 months of Scheduling Conference) Estimated Duration: 5 Days *Trial Subject to Trailing per Standing Order* | | 03/10/2026 | ☑ Jury Trial ☐ Court Trial 03/09/2026 |
| Final Pretrial Conference ("FPTC") [L.R. 16] (**Friday** at 3:00 p.m., at least 18 days before trial) | | 02/20/2026 | 02/20/2026 |
| **Event [1]** Note: Hearings shall be on **Fridays** at 1:30pm Other dates can be any day of the week | **Weeks Before FPTC[2]** | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Last Date to Hear Motion to Amend Pleadings / Add Parties [Friday] | | 07/26/2024 | 07/26/2024 |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 18 | 10/20/2025 | 10/17/2025 |
| Expert Disclosure (Initial) | 16 | 11/03/2025 | 10/31/2025 |
| Expert Disclosure (Rebuttal) | 14 | 11/17/2025 | 11/14/2025 |
| Expert Discovery Cut-Off | 14 | 11/24/2025 | 11/14/2025 |
| Last Date to Hear Motions<br>• Rule 56 Motion due at least 6 weeks before hearing;<br>• Opposition due 2 weeks after motion is filed before hearing;<br>• Reply due 1 week after Opposition is filed | 12 | 12/01/2025 | 11/28/2025 |
| Last Date to Hear *Daubert* Motions | 8 | 12/29/2025 | 12/26/2025 |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one: ☑ 1. Magistrate Judge *(with Court approval)* ☐ 2. Court's Mediation Panel ☐ 3. Private Mediation | 5 | 01/19/2026 | 01/16/2026 ☑ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)**<br>• Motions *In Limine* (except *Daubert*)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 01/26/2026 | 01/23/2026 |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 02/09/2026 | 02/06/2026 |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).

[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.