# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Spotlight Ticket Management, Inc., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:24-cv-00859-WLH-SSC |
| v. | |
| Concierge Live, LLC, | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Christensen. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
　　　　　　　　　　　　☐ In-Person Court Hearing
　　　　　　　　　　　　☒ Video Conference
　　　　　　　　　　　　☐ Telephonic

Magistrate Judge: Stephanie S. Christensen

Date/Time: Friday, May 23, 2025, at 10:00 AM

Courtroom: 790 (for public access)

Dated: 5/20/2025　　　　By: /s/ T. Snyder
　　　　　　　　　　　　　　　　Deputy Clerk