UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware corporation,<br>      Plaintiff,<br>v.<br><br>CONCIERGE LIVE, LLC, a Georgia corporation,<br>      Defendant.<br>_____<br>CONCIERGE LIVE, LLC, a Georgia Corporation,<br>      Counterclaimant,<br>v.<br>SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware Corporation.<br>      Counter-Defendant. | CASE NO.: 2:24-CV-00859-WLH-SSC<br><br>**ORDER CONTINUING TRIAL AND EXTENDING CASE DEADLINES [91]** |

The Court has reviewed the Stipulation to Continue Trial and Extend Case deadlines [Dkt. 91], and concludes good cause exists to order the relief sought in the Stipulation.

NOW, THEREFORE, The Court **ORDERS** as follows.

1. The Fact Discovery cut-off in this case is extended to December 10, 2025.[1]
2. The Initial Expert Disclosure deadline is extended to February 6, 2026.
3. The Rebuttal Expert Disclosure deadline is extended to February 20, 2026.
4. The cutoff for Expert Discovery is extended to February 27, 2026.
5. The deadline to hear motions is extended to January 30, 2026.
6. The deadline to hear *Daubert* motions is extended to February 20, 2026.
7. The deadline to complete the settlement conference is extended to March 13, 2026.
8. The deadline for the first round of trial filings is March 20, 2026.
9. The deadline for the second round of trial filings is April 3, 2026.
10. The final pre-trial conference and hearing is April 17, 2026.
11. Trial is scheduled for May 4, 2026.

///

///

///

---

[1] Without limitation in the conducting of other discovery prior to this date, the initial document subpoenas will be served, and Rule 30(b)(6) depositions of third-party corporate witnesses (i) Broker Genius, Inc. d/b/a Automatiq and (ii) Ticketmaster LLC will be conducted, by November 28, 2025. Moreover, other third party discovery may continue after the December 10, 2025 fact discovery cutoff, including document subpoenas, depositions, and the enforcement of subpoenas through Court processes, to the extent needed.

1

In light of this ORDER, Plaintiff's Motion to Extend Discovery Cut-off Date [Dkts. 84, 85] is moot and the hearing set for August 22, 2025, is **VACATED.**

**IT IS SO ORDERED.**

DATED:  August 12, 2025

                                        HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE