HINCKLEY & HEISENBERG LLP
Christoph C. Heisenberg,
N.Y Bar No. 2395010 (pro hac vice pending)
  cheisenberg@hinckley.org
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
Telephone: 212.845.9094
Facsimile: 212.820.9790

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ERIC J. LORENZINI, State Bar No. 218433
  *elorenzini@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Defendant and Counterclaimant
Concierge Live, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPOTLIGHT TICKET MANAGEMENT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CONCIERGE LIVE LLC,, a Georgia corporation,<br><br>    Defendant.<br><br>CONCIERGE LIVE LLC,,<br><br>    Counterclaimant,<br><br>    v.<br><br>SPOTLIGHT TICKET MANAGEMENT, INC.,<br><br>    Counterdefendant. | CASE No. 2:24-cv-00859-WLH-SSC<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPH HEISENBERG IN SUPPORT OF CONCIERGE LIVE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>**Courtroom:** 790<br>**Hearing:** Dec. 4, 2025, at 11:00 am<br>**Discovery Date:** Dec. 10, 2025<br>**Pre-Trial Conf.:** April 17, 2026<br>**Trial Date**: May 4, 2026 |

I, CHRISTOPH C. HEISENBERG, am an attorney admitted, *pro hac vice*, to this Court. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

1. I am counsel to Concierge Live LLC ("Concierge Live"), and state as follows in support of Concierge Live's Motion to Compel Production of Documents ("Supplemental Memorandum").

2. Attached as **Exhibit A** to this declaration is a true and accurate copy of an email chain containing a June 7, 2021 email from Spotlight's Brett Cahn to a Concierge Live customer, which attached a March 31, 2021 letter from Ticketmaster, in which Ticketmaster referenced its purported "exclusive partnership" and "integration with TicketManager."[1]

3. Attached as **Exhibit B** to this declaration is a true and accurate copy of a December 4, 2024 email from Spotlight's Spencer Korey, summarizing to Spotlight's potential client that "the Ticketmaster integration is Exclusive to TicketManager." This email was produced by Spotlight's potential client, a non-party, on November 10, 2025, in response to Spotlight's subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 20, 2025, at White Plains, New York.

_____
Christoph Heisenberg

---

[1] TicketManager is Spotlight's d/b/a.

# EXHIBIT A

| | |
|---|---|
| **From:** | "Brendan Kirsch" <bkirsch@shift4.com> |
| **Sent:** | Mon, 7 Jun 2021 13:56:50 -0500 |
| **To:** | "Brian Basloe" <bbasloe@conciergelive.com>; "Nicole Sabo" <nsabo@shift4.com>; "Morgan Davis" <morgandavis@shift4.com> |
| **Subject:** | FW: Brett @ TicketManager | Quick Letter |
| **Attachments:** | TicketManager_Letter.pdf |

Brian, will you see the correspondence below? Assuming this does not impact our ability to work with you on any of our partnerships that are TM?



**Brendan Kirsch**
**Head of Sponsorships**

Shift4 Payments | Sports & Entertainment

(213) 220-3187
2202 N. Irving St. | Allentown, PA 18109
NYSE: FOUR



---

**From:** Brett Cahn <BrettC@Ticketmanager.com>
**Sent:** Monday, June 7, 2021 2:43 PM
**To:** Nicole Sabo <nsabo@shift4.com>; Kevin Johnson <KevinJ@Ticketmanager.com>; Morgan Davis <morgandavis@shift4.com>; bkirsch@shift4.com
**Cc:** Kevin O'Connell <KevinOC@Ticketmanager.com>
**Subject:** Brett @ TicketManager | Quick Letter

Hi Brendan, Morgan & Nicole,

Hope all is well since we last chatted.

Looking to find time to discuss the note I've attached to this email. It's a letter from Ticketmaster's Chief Strategy Officer, clarifying our exclusive partnership with them, and that we are the only company in the space that can fulfill the management and transfers of all your mobile tickets.

It has come to our attention that there are some things being said in the market that may be misleading. There are many factors that play into choosing a ticket management platform, and I'd love 10 minutes to reconnect and chat through them.

Please let me know when works best for you.


All my best,
Brett Cahn

CL 011618 (Confidential)

CL 011619 (Confidential)

# ticketmaster

March 31, 2021

To Whom It May Concern,

Ticketmaster entered into an exclusive partnership agreement with TicketManager in the fall of 2015 for the business event and ticket management category. Through this partnership, Ticketmaster and TicketManager are enabling companies to integrate tickets directly with their team and venue providers with technology including the discovery of inventory, transfer of mobile tickets, and attendance scan information in real time amongst other future innovations.

It has come to our attention that there are vendors in the ticket and event management marketplace mis-representing their Nexus Partner status and/or capabilities they may have with Ticketmaster.  Through our **exclusive** partnership with TicketManager, they are our **only** Nexus Certified Partner who has an integration with Ticketmaster in the event and corporate ticket management market.

If your business comes across any vendors making such claims and you have any questions, please contact Cory Bonder, Director of Strategic Partnerships, at cory.bonder@ticketmaster.com with any questions.

Please visit our Ticketmaster Partners page at :
https://developer.ticketmaster.com/partners/certified-partners/ for more information on our Certified Partners.


Regards,

*David W. Scarborough* (signature)

David N. Scarborough
Chief Strategy Officer
Ticketmaster

# EXHIBIT B

Message
---

| | |
|---|---|
| **From**: | Trubridge, Amy A. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=646B80B1CCB7428D809E5B80923CE1D4-C71A84DF-8E] |
| **Sent**: | 1/22/2025 2:36:14 PM |
| **To**: | Spencer Korey [SpencerK@Ticketmanager.com] |
| **Subject**: | RE: TicketManager Follow Up |

Verbally, our CEO is fully onboard, which is great news! My CMO is presenting my formal proposal this week and I'm hopeful we will be able to proceed with InfoSec soon. There will be lots to do as we configure the site, fully understand how we need to engage with it to both save time and professionalize the service, and of course, train staff etc.

Thanks

**Amy A. Trubridge**
Sr Manager, Client Events

T: +1 332.253.7864
ATrubridge@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Spencer Korey <SpencerK@Ticketmanager.com>
**Sent:** Wednesday, January 22, 2025 9:13 AM
**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

**This Message Is From an External Sender**
This message came from outside your organization.

Hey Amy – Hope you're having a great week!

Wanted to see if you received any feedback re: TicketManager after our convo a couple weeks ago.

Happy to chat through any questions!

Best,

Spencer

**From:** Spencer Korey
**Sent:** Wednesday, January 8, 2025 11:31 AM
**To:** 'Trubridge, Amy A.' <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

Hey Amy – Just heard back from the team, and we do integrate with Microsoft Entra. It's just the new name for Microsoft Azure.

**From:** Spencer Korey
**Sent:** Wednesday, January 8, 2025 11:11 AM
**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

See Attached

---

**From:** Spencer Korey
**Sent:** Wednesday, January 8, 2025 11:01 AM
**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

**PRICING**

| SIGNATURE | PLUS | PRIME | PREMIUM | PROFESSIONAL | ENTERPRISE |
|---|---|---|---|---|---|
| $1,299/mo | $2,099/mo | $2,799/mo | $4,099/mo | $6,299/mo | $9,299/mo |
| UP TO 2,000 ASSETS | UP TO 4,000 ASSETS | UP TO 7,000 ASSETS | UP TO 12,000 ASSETS | UP TO 20,000 ASSETS | UP TO 40,000 ASSETS |

---

**From:** Spencer Korey
**Sent:** Wednesday, January 8, 2025 10:43 AM
**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

Hey! Just saw this, joining now!

Spencer

---

**From:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Sent:** Wednesday, January 8, 2025 10:31 AM
**To:** Spencer Korey <SpencerK@Ticketmanager.com>
**Subject:** RE: TicketManager Follow Up

So helpful! Are you able to join this Zoom link?
https://gibsondunn.zoom.us/j/93411063530?pwd=AigMFiaTgEpqZIgLgd8lRDL3qSurfJ.1

**Amy A. Trubridge**
Sr Manager, Client Events

T: +1 332.253.7864
ATrubridge@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Spencer Korey <SpencerK@Ticketmanager.com>
**Sent:** Wednesday, January 8, 2025 9:23 AM

GDC0000692

**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

Hi Amy – Happy New Year! Was great on my end, my wife and I went to the west coast in early December, so we got to just stay in NYC and enjoy the snow for our first east coast holiday. Hope you had a great holiday, too!

First off, do you happen to be in the city today? Have an extra ticket to the Knicks game at MSG tonight if you're interested and would like to join!

Question for you – do you have a few minutes to hop on a call? Good amount of information below and it may be easier to chat through it. I'm free from 10-12, and again from 3-5. Main item is that I want to make sure we're on the same page in terms of the gem events. Things like World Cup, the Big Sky trip, and some of the high touch events have 2 different options in terms of our event management capabilities.

The 2 different options are:
1.      Basic Event Management – Included at no additional cost (example attached)
a.      This includes:
i. Invitations
ii. Basic Registration Site (Ability to brand it, however, no custom tabs, FAQs, etc.)
iii. Mobile App On-site Check in
iv. On site & Post event reporting
v. Email Communications Pre/During/Post event
2.      Enhanced Guest Management – Priced based on need, ranges from an additional $500 per month to $5,000 per month (example attached)
a.      This Includes
i. Invitations
ii. Enhanced Landing Pages/Website
1.      Multiple tabs, FAQs, More configuration
iii. Access to our Design team to create sites, emails, invitations, etc. for you
iv. SMS 1- or 2-Way communications
v. Internal & External Mobile Application
1.      External - Custom Itineraries, event information, communications, etc.
2.      Internal – On-site check in, reporting, push notifications, etc.
vi. All Email communications
vii. And more

Regarding the pricing of the overall platform, as I mentioned to you at lunch, I'm keeping the same pricing stable that I discussed previously with Nicole. While TicketManager may be the most expensive, firms are continuing to select us among others in the space due to everything we've discussed up until this point. From our technology/integrations, data security, resources, etc., we have all the items needed to grow alongside your team, and to ensure your success.

Here's a quick summary:
- Price: $1,299 per month for up to 2,000 assets per year
  o   3-year term length
  o   Assets include all tickets, parking passes, and attendees of any custom events (non-ticketed) that you run through TicketManager
- Includes all aspects of the platform
  o   Implementation, Training, Support, etc.
  o   Digital Ticket Automation: Ticketmaster, AXS, Tickets.com (MLB), Seatgeek, PDFs
    ▪ This includes Ticketmaster scan reports, showing you what tickets actually scanned into the venue and by who
- As a reminder, the Ticketmaster integration is Exclusive to TicketManager
  o   Ticket Management (Segment access, requests, approvals, distribution, reporting)
  o   Basic Guest Management (Invitations, Registration, On-Site Check in, etc.)

GDC0000693

- o    Ability to re-sell unused inventory on the secondary market or within the TicketManager Community
- ▪    TicketManager commission of 25%
- ▪    (Check out our recent case study with Anheuser-Busch speaking to their success selling tickets)
- ▪    **Use your funds to pay for TicketManager License fees, purchase new inventory, or receive a deposit at the end of each quarter**
- o    Access to our Ticket Concierge Services: You let us know what tickets you need and your budget, our team will source all available inventory and provide you with the best options out there. This gets you access to our entire network (partnered with over 130 teams, leagues and venues, 600+ corporate partners, and all inventory available on the primary & secondary markets)

Lastly, we are the experts in your space. We work with a large number of firms, including but not limited to: Latham & Watkins, DLA Piper, Allen Matkins, O'Melveny & Meyers, Sidley Austin, SheppardMullin, Troutman Pepper, Lathrop & Gage, Kilpatrick Townsend, Faegre Drinker, Frost Brown Todd, Thompson Coburn, Bryan Cave, Ballard Spahr, and many, many more. Here are some stats that we've seen that can help in your decision-making process:

- Examples of law firm ticket resale success

o    Allen Matkins has been a partner for 3.5 years and they have never received an invoice, they've recouped enough cash from selling to pay for 46 months of TicketManager.

o    O'Melveny Meyers has paid for 50 months of TicketManager

o    Both Allen Matkins and O'Melveny Meyers are using our tool free of cost from selling what may go unused.

- Statistics around Administrative Time Savings

o    This is an extremely variable number based on the number of tickets partners have, and what that process looks like. Between the amount of time spent on the back-and-forth emailing, updating of spreadsheets, partners requesting, ticket allocations, and then folks in your role reporting on the back end after the fact it can vary.

o    For some of our partners with a similar amount of assets as Gibson Dunn, we see TicketManager saving between 5-10 hours a week but for you we'd estimate anywhere from 10-20 hours per week combined for the LA and NY regions.

If you've made it to the end of this email, congrats! I know it's a ton, but wanted to make sure you have everything you need.

All the best,

Spencer

---

**From:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Sent:** Wednesday, January 8, 2025 12:29 AM
**To:** Spencer Korey <SpencerK@Ticketmanager.com>
**Subject:** RE: TicketManager Follow Up

Hi Spencer,

Happy 2025 to you! I hope you had a restful and fun festive break!

I just realized that I didn't clarify costs with you! Could you please send me a breakdown on how you charge?

I really want to get this infront of our CMO and CEO this week, so we can start to move. I have just paid a deposit for 2026 World Cup pre-sale access, so I am motivated to ensure that our strategy here can be managed by you, in addition to our existing contracted inventory and of course, all other available events for purchase.

If you have any information about time saved by automating with you, I'll take that too.

Thanks

**Amy A. Trubridge**
Sr Manager, Client Events

T: +1 332.253.7864
ATrubridge@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Spencer Korey <SpencerK@Ticketmanager.com>
**Sent:** Thursday, December 5, 2024 8:20 AM
**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** RE: TicketManager Follow Up

Morning, Amy!

Yes, of course. We can collect their contribution amount, and can create an "acknowledgement" in the system for them to review and agree with any type of policy, i.e. by submitting this request you are agreeing to pay the amount etc.

Also, they can select payroll deduction, donation fund, check, or CC, and should they choose CC, we could actually have an email come from the system with a 3rd party payment gateway to collect funds and tie them directly to your account. Can also have a system generated email with instructions on each method. Let me know if you want to chat through this in more detail!

Best,

Spencer

---

**From:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Sent:** Wednesday, December 4, 2024 4:00 PM
**To:** Spencer Korey <SpencerK@Ticketmanager.com>
**Subject:** RE: TicketManager Follow Up

Superb, thanks!

I meant to ask one more question about the charitable sponsorships piece of things – sometimes there are multiple lawyers contributing to the organization, so when identifying the guest list, can I assume we'd also be able to add a field to confirm each person's contribution $ amount and preferred mode of payment? Compliance suggests that we also need written approval from everyone when confirming their payment method e.g., payroll deduction, donation fund, check, or credit card – would we be able to build this in somehow with instructions on how to manage each payment method?

Thanks

**Amy A. Trubridge**
Sr Manager, Client Events

GDC0000695

T: +1 332.253.7864
ATrubridge@gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Spencer Korey <SpencerK@Ticketmanager.com>
**Sent:** Wednesday, December 4, 2024 3:29 PM
**To:** Trubridge, Amy A. <ATrubridge@gibsondunn.com>
**Subject:** TicketManager Follow Up

Hey Amy – Really great chatting today. Very excited about the potential to work together, across multiple aspects of the business.

There's a myriad of reasons that top level brands leverage TicketManager, and switch to us after trying to use our competitors (Coca Cola, FedEx, MetLife, Mastercard, Verizon, Capital One, Ernst & Young, Keurig Dr. Pepper, Troutman Pepper, Mizuho, Lenovo, Grant Thornton and more). The biggest reasons companies trust TicketManager are our Technology/Integrations, Resources, and Community of Partners.

We are also the platform that teams/leagues/venues suggest to their corporate partners. We are the exclusive ticket management/resale partner for the Philadelphia Eagles, TX Rangers, White Sox, MN Wild, Washington Capitals, Wizards & Mystics, New York Jets, Houston Texans, Los Angeles Football Club, and Angel City FC, and work with the MLB, NBA, NFL, Diamondbacks, Lakers, Clippers, Thunder and ~90 more.

Our partners are extremely vocal, hear from folks at Anheuser-Busch, IBM, PwC, CDW, FedEx, Kilpatrick and more on why they trust our team:
- Partner Case Studies
-   Kilpatrick Townsend Case Study
-   Lathrop & Gage Case Study
- TicketManager Podcast – Great segments from IBM, Sony, M&T Bank, Mastercard, the NBA, Fortinet, United Airlines, etc.
- Why TicketManager? – PwC, Anheuser-Busch, Scotiabank and more share their TicketManager experience
- Customer Videos - (Hear from CDW, Wells Fargo, Mastercard, KPMG, etc. live from our various partner events)
- TicketManager Roundtables – We hold frequent roundtables with major brands to talk best practices. Check out one of our latest with Lisa Woodward, Director of Sponsorship for Anheuser-Busch, discussing the great things they are doing with TicketManager to innovate along with challenging them on new ideas for growth and success
- How it Works Video – 2.5-minute video walking you through TicketManager
- Ticket Resale – Known as our "All Access Program." List tickets on over 100 different secondary sites, ensuring the highest profit margin and probability of sale

Also, here are a few links that speak to why TicketManager is the market leader in all things ticket/event management
- 6 Ways We're Different
- Data Security – Extremely important. Keep your data safe
- Guest Management – Going to be huge for Phase 2 of TicketManager. We support top tier events like World Cup, Olympics, F1, etc. for partners like Goldman, Ralph Lauren, Nike, Coca Cola, Allianz, and more
- Digital Ticket Automation: Ability to automate all ticket set up and transfer with Ticketmaster, AXS, Tickets.com (MLB), Seatgeek, etc. Get real time Scan Reports for all Ticketmaster venues
  o    Ticketmaster Letter (Attached & Below) – From their Chief Strategy Officer speaking to our exclusivity

> **ticketmaster**
>
> March 31, 2021
>
> To Whom It May Concern,
>
> Ticketmaster entered into an exclusive partnership agreement with TicketManager in the fall of 2015 for the business event and ticket management category. Through this partnership, Ticketmaster and TicketManager are enabling companies to integrate tickets directly with their team and venue providers with technology including the discovery of inventory, transfer of mobile tickets, and attendance scan information in real time amongst other future innovations.
>
> It has come to our attention that there are vendors in the ticket and event management marketplace mis-representing their Nexus Partner status and/or capabilities they may have with Ticketmaster. Through our **exclusive** partnership with TicketManager, they are our **only** Nexus Certified Partner who has an integration with Ticketmaster in the event and corporate ticket management market.
>
> If your business comes across any vendors making such claims and you have any questions, please contact Cory Bonder, Director of Strategic Partnerships, at cory.bonder@ticketmaaster.com with any questions.
>
> Please visit our Ticketmaster Partners page at:
> https://developer.ticketmaster.com/partners/certified-partners/ for more information on our Certified Partners.
>
> Regards,
>
> *David N. Scarborough*
> David N. Scarborough
> Chief Strategy Officer
> Ticketmaster

o

Lastly, here's a breakdown of the competitors we discussed:

### TicketOS
- **Resources**: Size and scope of team. TicketManager has 180 employees, with 70+ in tech/security & development, and over 30 in support. Entire TicketOS team is less than 20 people.
- **Technology**: Their current CTO was let go from Dynasty Sports & Entertainment (Now Logitix) after the system he built was down for a full month resulting in the loss of 50% of their client base. TicketManager maintains a 99.9% uptime, with an 18-month roadmap and releases every 6 weeks (you receive all upgraded functionality at no cost)
- **Mobile Presence:** No mobile application, no plans on developing one.
- **Partner Base**: Very limited community of partners. No customer case studies, videos, etc. that they're able to leverage publicly.
- **Data Security**: TicketManager is the only company that maintains SOC 1 & SOC 2 Compliance, GDPR Compliance, etc. Need to make sure any company you partner with properly protects your client data, and has the 3rd party certifications to prove it

### Concierge Live – Legal Trouble
- **Bankruptcy & FBI Investigation:**

    o    In 2017, Jason Nissen, former Chief Executive Officer of Concierge Live, was arrested and charged by the FBI for defrauding victims of at least $70 million through what the FBI characterized as a Ponzi scheme. Nissen was terminated and Concierge Live was placed into bankruptcy.

    o    During the fallout, board appointed representatives of Concierge Live reached out to TicketManager to try and sell us the company. We investigated their culture of breaking the law, subpar technology and service offerings and couldn't possibly salvage any part of the business. Our statement on these actions during that time is here:
    - TicketManager Statement on Concierge Live Sale

GDC0000697

- o         Concierge Live was purchased out of bankruptcy by Guinio Volpone, who today is stated, on their website, as the owner of the business.

- *Info on [Guinio Volpone](#) (Concierge Live)*

o         **New York State Attorney General investigates Volpone for illegal business practices involving Covid refunds**: 2020
- [https://ag.ny.gov/sites/default/files/2021.09.20_event_ticket_sales_aod_fully_executed.pdf](https://ag.ny.gov/sites/default/files/2021.09.20_event_ticket_sales_aod_fully_executed.pdf)

o         **Pennsylvania Settles with Volpone:** November 2020: Pennsylvania AG reached settlement with online ticket vendor accused of charging hidden fees and refusing to honor its refund policies.
- [Refunds available after AG's office reaches settlement with online ticket vendor | News | northcentralpa.com](#)

o         **Maryland Sues Volpone**: December 2019: settles charges with State of Maryland after being accused of creating fake websites in the names of venues posing as the "official box office" of the venue to drive sales.
- [Attorney General Frosh announces settlement with Event Ticket Sales LLC, Guinio Volpone (nottinghammd.com)](#)

o         **Pennsylvania Sues Volpone:** December 2019: Attorney General Frosh announces settlement with Event Ticket Sales LLC, Guinio Volpone for violations of the Maryland Consumer Protection Act and Maryland's Interference with Internet Ticket Sales law.
- [Attorney General Frosh announces settlement with Event Ticket Sales LLC, Guinio Volpone (nottinghammd.com)](#)

o         **Judge Rules Against Volpone in Business Partner Lawsuit:** January 2019: named in a suit brought by Broker Genius against Volpone's company Seat Scouts alleging they stole technology that they rebranded "Command Center" in their own product.
- [Seat Scouts Hit With $4.5M Judgement in Broker Genius Trial (ticketnews.com)](#)

o         **Verizon Arena in Arkansas sues Volopone for defrauding patrons**: September 2016
[https://www.arkansasbusiness.com/article/112975/scalper-sued-for-vexing-verizon-visitors](https://www.arkansasbusiness.com/article/112975/scalper-sued-for-vexing-verizon-visitors)
- Volpone shutters "Ticket Titans" and "Ticket Titans 2" after a history of complaints and an "F" rating by the Better Business Bureau


Again, I'm extremely excited about the opportunity of working with you and your team, providing the necessary resources to achieve all your goals around live events in the coming years.

We have the resources with 180 employees (and growing) that will provide much more in depth support; we have the technology stack to continuously innovate with an 18-month on-going roadmap and 6-week release cycle so your product is always getting better every day; we have the integrations into the technologies you already use to centralize more processes and create efficiencies, and we have the partners, TicketManager Summits (events to introduce all our partners and educate you on what's next in all things tickets/events), and Roundtables that will allow Gibson Dunn to be part of the collaboration and innovation alongside the rest of the industry.

Know this was a ton, but I thought I'd send you what's needed as you make a decision.

Look forward to chatting again soon!

Spencer Korey
[TicketManager](#)
[Book a Meeting](#)

GDC0000698

|t: 818.200.1054|

[TicketManager: Everything We Do](#)

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

GDC0000699